IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANGELA WOIRHAYE, | CV 22–200–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| VITAMIN COTTAGE NATURAL FOODS MARKETS, INC., | |
| Defendant. | |

Counsel for Plaintiff Angela Woirhaye having moved for permission to appear remotely at the April 5, 2023 hearing on Defendant's motion to quash Plaintiff's third-party subpoena,

IT IS ORDERED that Plaintiff's motion (Doc. 30) is GRANTED. Plaintiff's counsel must make technical arrangements with the Clerk of Court and with the Court's IT department by April 3, 2023.

DATED this 24th day of March, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1